JAMES A. WHITBECK, Respondent, v. THE BUILDING MATERIAL COMPANY, Appellant.

(Argued April 19, 1875; decided April 30, 1875.)

*Geo. W. Carpenter* for the appellant.

*D. W. Travis* for the respondent.

Agree to affirm.   No opinion.

All concur.

Judgment affirmed.